# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00426-CV

**ATX Painting Company, Inc., Appellant**

**v.**

**Fine Line Commercial, LLC, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-15-006001, HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant ATX Painting Company, Inc. has filed an unopposed motion to dismiss the appeal, stating that it no longer wishes to pursue the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justice Goodwin and Bourland

Dismissed on Appellant's Motion

Filed: September 2, 2016